UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELFINIA HARDY,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY & COUNTY OF SAN FRANCISCO,<br><br>Defendants. | Case No.  21-cv-02934-SI  (SI)<br><br>**PRETRIAL SCHEDULING ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: 10/22/2021 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 5/6/2022.

DESIGNATION OF EXPERTS: 6/27/2022; REBUTTAL: 7/8/2022;
　　Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 7/29/2022.

DISPOSITIVE MOTIONS **SHALL** be filed by; 9/9/2022;
　　Opp. Due: 9/23/2022; Reply Due: 9/30/2022;
　　and set for hearing no later than 10/14/2022 at 10:00 AM.

PRETRIAL PAPERWORK due: 11/1/2022.
PRETRIAL CONFERENCE DATE: 11/15/2022 at 3:30 PM.

JURY TRIAL DATE: 11/28/2022 at 8:30 AM.
　　Courtroom 1, 17th floor.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: July 23, 2021

_____
SUSAN ILLSTON
United States District Judge