UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELFINIA HARDY,<br><br>        Plaintiffs,<br><br>   v.<br><br>CITY & COUNTY OF SAN FRANCISCO,<br><br>        Defendants. | Case No. 21-cv-02934-SI   (SI)<br><br>**ORDER OF CONDITIONAL DISMISSAL UPON NOTICE OF SETTLEMENT** |

The Court has been advised that the parties have agreed to a settlement.

IT IS HEREBY ORDERED that this matter is DISMISSED WITH PREJUDICE. However, that if any party hereto certifies to this court, with proof of service of a copy thereon on opposing counsel, within one hundred and twenty days from the date hereof (4/10/2023), that settlement has not in fact occurred, the foregoing order shall be vacated and this cause shall forthwith be restored to the calendar for further proceedings.

**IT IS SO ORDERED**.

Dated: December 9, 2022

SUSAN ILLSTON
United States District Judge